IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**FELIX XAVIER RASUL GAITER,**

    Plaintiff,

v.                                                                           No. _____

**HAYDEN MARSHALL, in his individual capacity only; ADAM NEELY, in his individual capacity only,**

    Defendants.

## COMPLAINT

Comes the Plaintiff, Felix Xavier Rasul Gaiter, by and through counsel, and sues the Defendants Hayden Marshall, in his individual capacity only, and Adam Neely, in his individual capacity only, for the violation of his clearly established right to be free from unreasonable force pursuant to 42 USC §1983, for compensatory and punitive damages in an amount to be proven at trial, and for his cause of action, claims and alleges as follows:

### I.     PARTIES

1. Plaintiff Felix Xavier Rasul Gaiter (hereinafter "Plaintiff" or "Mr. Gaiter") is a citizen and resident of Knox County, Tennessee.

2. The Defendant, Hayden Marshall, is a citizen and resident of Knox County, Tennessee. Mr. Marshall is employed by the City of Knoxville, Tennessee. He is sued in his individual capacity only.

3. The Defendant, Adam Neely, is a citizen and resident of Knox County, Tennessee. Mr. Neely is employed by the State of Tennessee, as a University of Tennessee police officer. He is sued in his individual capacity only.

## II.    VENUE

4. This Court has jurisdiction to hear this cause pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1343. Venue is appropriate in this court pursuant to 28 U.S.C. §1391.

## III.    FACTS

5. On February 18, 2023, at approximately 2:50 p.m., Plaintiff was walking on the sidewalk at or around 300 13th Street, Knoxville, Tennessee. Under the auspices of various previous vehicle burglaries in the area, Defendant Marshall exited his police vehicle after following the Plaintiff for some time. He, without cause, stopped Plaintiff and after multiple unwarranted attempts to search Plaintiff, Defendant Marshall and Defendant Neely took Plaintiff to the ground and remained on top of him. Defendants struck Plaintiff multiple times in the face and throughout his body in an alleged attempt to gain control of the Plaintiff who had engaged in no criminal activity.

6. Plaintiff avers that the force utilized by the Defendants in stopping, searching, and then tackling Plaintiff before arresting him for two misdemeanor offenses, were clearly unreasonable and in violation of the 1st and 14th Amendments to the United States Constitution. At no point has Plaintiff either been found guilty or plead guilty to either offense. As a result of the unreasonable force utilized by Defendants, Plaintiff was transported to the University of Tennessee Medical Center for examination and treatment. Plaintiff was then taken into custody.

2

Case 3:24-cv-00067-TRM-JEM   Document 1   Filed 02/16/24   Page 2 of 3   PageID #: 2

7. Plaintiff avers that both Defendants violated his clearly established federal constitutional rights guaranteed by the 4th and 14th amendments to the United States Constitution to be free from the use of unreasonable force. Alternatively, both Defendants are liable for failing to intervene to prevent the clearly unconstitutional use of force on the Plaintiff.

8. As a direct and proximate result of Defendants' conduct, Plaintiff sustained injuries to his body, emotional distress, humiliation, embarrassment, physical and mental pain and suffering, and other damages attendant to the violation of his federal constitutional rights.

WHEREFORE, for Plaintiff Felix Xavier Rasul Gaiter demands judgment against Defendants Hayden Marshall and Adam Neely, for violation of his clearly established right to be free from the use of unreasonable force in violation of the 4th and 14th Amendments to the United States Constitution in violation of 42 USC §1983, attorney fees, the cost of this cause, and further demands a jury to try this cause.

Respectfully submitted this 16th day of February, 2024.

TAYLOR & KNIGHT

*s/ Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
800 South Gay Street
Suite 600
Knoxville, TN 37929
aknight@taylorknightlaw.com
865-971-1701